**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ROBERTS, <br><br> Plaintiff, <br><br> v. <br><br> KVSP INVESTIGATION SERVICES UNIT, et al., <br><br> Defendants. | Case No.: 1:19-cv-01055-AWI-SAB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION <br><br> [ECF No. 12] |

Plaintiff David Roberts is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 28, 2019, the magistrate judge issued Findings and Recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within twenty-one days.

Plaintiff filed objections on September 9, 2019. In his objections, Plaintiff continues to argue that he is seeking liability against the officers in the investigative services unit because they failed to provide him a copy of photos which will support his claim for excessive force. However, as stated in the Findings and Recommendations, Plaintiff does not have a constitutional right to entitlement of a copy of photos. Plaintiff's objections are overruled.

1

Accordingly, it is HEREBY ORDERED:

1. The findings and recommendations issued on August 28, 2019, are adopted in full;
2. Plaintiff's complaint is DISMISSED without leave to amend; and
3. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated: November 22, 2019

SENIOR DISTRICT JUDGE